AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13-cv-03244-RM-KLM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons Complaint, Civil Case Coversheet for Assoc. of Flight Attendants was received by me on *(date)* 11/27/13.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Chris Bruton, VP, who is designated by law to accept service of process on behalf of *(name of organization)* Assoc of Flight Attendants on *(date)* Dec 3, 2013 AT 355 pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/5/13

Server's signature

Alex Jurim
Printed name and title

998 E Davies Ave Centennial, Co 80122
Server's address

B L Patt

Additional information regarding attempted service, etc: