Case: 13-CV-03244-RM-KLM

# AFFIDAVIT OF SERVICE

STATE OF COLORADO )
) §
COUNTY OF DENVER )

I declare under oath that I served a copy of __Summons, Magistrate Consent, Complaint and Civil Cover__ in this case on __FRONTIER__ in the County of __DENVER__, State of Colorado, on the __2__ day of __DEC__, 2013 at __3:21 pm__, at the following location: __1560 Broadway__

- ☐ By delivering it to the person identified to me as : ____
- ☐ By delivering it to ____, who refused service.
- ☐ By leaving them at the Defendant's usual place of abode with ____
- ☒ By leaving them with __PAM Trujillo Clerk at Corporation Service__ designated to receive service on behalf of __FRONTIER__.
- ☐ I attempted to serve the Defendant on ____ occasions, but have not been able to locate the Defendant. Return to Plaintiff is made on ____.
- ☒ I am over the age of 18 years and am not interested in nor a party to this case.

_____   12/3/13
Private Process Server           Date

Signed under oath before me on this __3__ day of __December__, 2013.

_____
Notary Public

SEAL

My Commission Expires: 11/12/14

(Seal: BONNIE L PATTERSON, NOTARY PUBLIC, STATE OF COLORADO)