IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03244-RM-KLM

TEREY SHULTZ,

    Plaintiff,

vs.

FRONTIER AIRLINES, a Colorado corporation, and
COMMUNICATIONS WORKERS OF AMERICA, d/b/a ASSOCIATION OF FLIGHT ATTENDANTS-CWA,

    Defendants.

## ENTRY OF APPEARANCE

Brian M. Mumaugh of HOLLAND & HART, LLP hereby enters his appearance as counsel on behalf of Defendant, Frontier Airlines, in the above-referenced matter.

Dated December 9, 2013

Respectfully submitted,

*s/Brian M. Mumaugh*
HOLLAND & HART LLP
6380 S. Fiddlers Green Circle
Suite 500
Greenwood Village, CO 80111
Phone: (303) 290-1067
Fax: (303) 290-1606
BMumaugh@hollandhart.com

**ATTORNEYS FOR DEFENDANT FRONTIER AIRLINES**

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on 12/9/2013, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Hugh S. Pixler
1942 Broadway, Suite 314
Boulder, Colorado 80302
Telephone: (303) 413-3464
Hugh@Pixlerlaw.com

*s/ Brian M. Mumaugh*
HOLLAND & HART LLP
6380 S. Fiddlers Green Circle
Suite 500
Greenwood Village, CO 80111
Phone: (303) 290-1067
Fax: (303) 290-1606
BMumaugh@hollandhart.com

**ATTORNEYS FOR DEFENDANT FRONTIER AIRLINES**

-2-