IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| TEREY SCHULTZ, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Civil Action No. 13-cv-03244-RM-KLM |
| v. ) | |
| ) | |
| FRONTIER AIRLINES, INC., and ) | |
| ASSOCIATION OF FLIGHT ) | |
| ATTENDANTS-CWA, AFL-CIO, ) | |
| ) | |
| DEFENDANTS. ) | |

## STIPULATION EXTENDING TIME FOR DEFENDANT ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO TO ANSWER PLAINTIFF'S ORIGINAL COMPLAINT

IT IS HEREBY STIPULATED that the time for Defendant Association of Flight Attendants-CWA, AFL-CIO ("AFA") to appear and answer Plaintiff's Original Complaint in this action is hereby extended pursuant to Local Rule 6.1(a) by twenty-one (21) days to January 14, 2014.  Defendant AFA's Answer is currently due on December 24, 2013.  Counsel for Defendant AFA attests that she conferred by telephone on December 19, 2013 with Hugh S. Pixler, counsel for Plaintiff, who advised that Plaintiff would agree to the requested stipulation extending time.

Dated: December 20, 2013

BUESCHER, GOLDHAMMER,
     KELMAN & PERERA, PC

By: /s/ Thomas B. Buescher_____
Thomas B. Buescher, #6796
600 GRANT ST., SUITE 450
DENVER, CO 80203

Deirdre Hamilton
*Admission to the Court pending*
ASSOCIATION OF FLIGHT
     ATTENDANTS-CWA, AFL-CIO
501 Third Street, N.W.
Washington, D.C. 20001

Attorneys for Defendant


LAW OFFICE OF HUGH S. PIXLER, LLC

By: /s/ Hugh S. Pixler_____
Hugh S. Pixler
1942 Broadway, Suite 314
Boulder, CO  80302

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December, 2013 I electronically filed the forgoing document with the clerk of court for the U.S. District Court, District of Colorado, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the below listed counsel of record for Plaintiff by electronic means.

    Brian Mumaugh
    Holland & Hart LLP
    6380 South Fiddler's Green Cir.
    Suite 500
    Greenwood Village, CO 80111

Service was also made by U.S. Mails on

Association of Flight Attendants-CWA, AFL-CIO
501 Third Street, NW
Washington, DC 20001

Terey Shultz
21404 E. 51st Ave.
Denver, CO 80249

                          s/Antoinette Vega