IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03244-RM-KLM

TEREY SHULTZ,

    Plaintiff,

vs.

FRONTIER AIRLINES, a Colorado corporation, and
COMMUNICATIONS WORKERS OF AMERICA, d/b/a ASSOCIATION OF FLIGHT ATTENDANTS-CWA,

    Defendants.

## STIPULATION PURSUANT TO D.C.COLO.LCIVR. 6.1(A) FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to D.C.COLO.LCivR 6.1(a), Defendant Frontier Airlines submits this stipulation for a twenty-one (21) day extension of time, up to and including January 13, 2014, for Frontier Airlines to answer or otherwise respond to Plaintiff's Complaint.  This is Frontier Airlines' first extension with respect to its response to the Complaint.  Pursuant to D.C.COLO.LCivR 6.1(c), counsel for Frontier Airlines is sending a copy of this stipulation to Frontier Airlines.

-2-

Respectfully submitted this 20th day of December, 2013.

| | |
|---|---|
| *s/ Hugh S. Pixler* | *s/ Brian M. Mumaugh* |
| Hugh S. Pixler | Brian M. Mumaugh |
| 1942 Broadway, Suite 314 | Holland & Hart, LLP |
| Boulder, Colorado 80302 | 6380 S. Fiddler Green Cir., Suite 500 |
| Telephone: (303) 413-3464 | Greenwood Village, CO 80111 |
| Hugh@Pixlerlaw.com | Telephone: (303) 290-1612 |
| **ATTORNEY FOR PLAINTIFF** | bmumaugh@hollandhart.com |
| | **ATTORNEYS FOR DEFENDANT FRONTIER AIRLINES** |