**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| TEREY SHULTZ, | ) |
| | ) |
|   PLAINTIFF, | ) |
| | )   **Civil Action No. 13-cv-03244-RM-KLM** |
| v. | ) |
| | ) |
| FRONTIER AIRLINES, INC., and | ) |
| ASSOCIATION OF FLIGHT | ) |
| ATTENDANTS-CWA, AFL-CIO, | ) |
| | ) |
|   DEFENDANTS. | ) |

**ENTRY OF APPEARANCE**

Deirdre Hamilton of ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO

hereby enters her appearance as counsel on behalf of Defendant Association of Flight

Attendants-CWA, AFL-CIO, in the above-referenced matter.

Dated: January 14, 2014                 Respectfully submitted,

                                               Deirdre Hamilton
                                               D.C. Bar No. 472334
                                               ASSOCIATION OF FLIGHT
                                                     ATTENDANTS-CWA, AFL-CIO
                                               501 Third Street, N.W.
                                               Washington, D.C., 20001
                                               Tel: (202) 434-1128
                                               Fax: (202) 434-0690
                                               dhamilton@cwa-union.org

                                               Thomas B. Buescher, # 6796
                                               BEUSCHER, GOLDHAMMER,
                                               KELMAN & PERERA, PC
                                               600 Grant St., Suite 450
                                               Denver, CO  80203

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2014, I caused the foregoing paper to be electronically filed with the Clerk of the Court using the CM/ ECF system, which will send notification of such filing to the following:

Hugh S. Pixler
LAW OFFICE OF HUGH S. PIXLER, LLC
1942 Broadway, Suite 314
Boulder, CO 80302
Telephone: (303) 413-3464
Hugh@Pixlerlaw.com
Attorney for Plaintiff

Brian M. Mumaugh
HOLLAND & HART LLP
6380 S. Fiddlers Green Circle
Suite 500
Greenwood Village, CO 80111
Telephone: (303) 290-1067
Fax: (303) 290-1606
BMumaugh@hollandhart.com

Deirdre Hamilton