IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03244-RM-KLM

TEREY SHULTZ,

    Plaintiff,

vs.

FRONTIER AIRLINES, a Colorado corporation, and
COMMUNICATIONS WORKERS OF AMERICA, d/b/a ASSOCIATION OF FLIGHT ATTENDANTS-CWA,

    Defendants.

## ENTRY OF APPEARANCE

Bradford J. Williams, of the law firm Holland & Hart, LLP, hereby enters his appearance on behalf of Defendant Frontier Airlines.

Dated January 17, 2014.

    Respectfully submitted,

*s/Bradford J. Williams*
Bradford J. Williams
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, Colorado 80202
Phone: (303) 295-8121
Fax: (303) 223-3271
bjwilliams@hollandhart.com

**ATTORNEYS FOR DEFENDANT FRONTIER AIRLINES**

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on 1/17/2014, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Hugh S. Pixler
    1942 Broadway, Suite 314
    Boulder, Colorado 80302
    Telephone: (303) 413-3464
    Hugh@Pixlerlaw.com

                                   *s/ Bradford J. Williams*