IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03244-RM-KLM

TEREY SHULTZ,

    Plaintiff,

vs.

FRONTIER AIRLINES, a Colorado corporation, and
COMMUNICATIONS WORKERS OF AMERICA, d/b/a ASSOCIATION OF FLIGHT ATTENDANTS-CWA,

    Defendants.

## DEFENDANT FRONTIER AIRLINES' CORPORATE DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1 and D.C.COLO.LCivR 7.4, Defendant Frontier Airlines, Inc. ("Frontier"), by and through counsel, makes the following corporate disclosure:

Frontier is a wholly-owned subsidiary of Frontier Airlines Holdings, Inc. ("Frontier Holdings"). Frontier Holdings is a privately-held company and there is accordingly no publicly-held corporation that owns ten percent or more of Frontier's stock.

Dated January 17, 2014.

-2-

Respectfully submitted,

*s/Bradford J. Williams*
Bradford J. Williams
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, Colorado 80202
Phone: (303) 295-8121
Fax: (303) 223-3271
bjwilliams@hollandhart.com

**ATTORNEYS FOR DEFENDANT FRONTIER AIRLINES**

-2-

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on 1/17/2014, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Hugh S. Pixler
1942 Broadway, Suite 314
Boulder, Colorado 80302
Telephone: (303) 413-3464
Hugh@Pixlerlaw.com

*s/ Bradford J. Williams*