IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| TEREY SHULTZ, | ) |
| | ) |
|   PLAINTIFF, | ) |
| | ) Civil Action No. 13-cv-03244-RM-KLM |
| v. | ) |
| | ) |
| FRONTIER AIRLINES, INC., and | ) |
| ASSOCIATION OF FLIGHT | ) |
| ATTENDANTS-CWA, AFL-CIO, | ) |
| | ) |
|   DEFENDANTS. | ) |

## NOTICE OF FIRM NAME CHANGE

**Buescher, Goldhammer, Kelman & Perera P.C., gives notice** that the firm name has changed to Buescher, Kelman, & Perera, P.C.   All future reference to the firm in this matter should be to the new name.  The firm address, telephone number, facsimile number, e-mail addresses and attorney of record remain the same.

Dated this 20 [th] day of January, 2014.

                        Respectfully submitted,

                        s/ Thomas B. Buescher
                        Thomas B. Buescher, #6796
                        Buescher, Kelman & Perera, P.C.
                        600 Grant Street, Ste. 450
                        Denver, CO 80203
                        Phone: (303) 333-7751
                        Fax: (303) 333-7758
                        tbuescher@laborlawdenver.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of January, 2014 I electronically filed the forgoing document with the clerk of court for the U.S. District Court, District of Colorado, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the below listed counsel of record for Plaintiff by electronic means.

> Brian Mumaugh
> Holland & Hart LLP
> 6380 South Fiddler's Green Cir.
> Suite 500
> Greenwood Village, CO 80111
>
> Brandford J. Williams
> Holland & Hart, LLP
> 555 17th Street, Ste. 3200
> Denver, CO  80202
>
> Hugh S. Pixler
> 1942 Broadway, Ste. 314
> Boulder, CO  80302

Service was also made by U.S. Mails on

> Deirdre Hamilton
> Association of Flight Attendants-CWA, AFL-CIO
> 501 Third Street, NW
> Washington, DC 20001
>
> Terey Shultz
> 21404 E. 51st Ave.
> Denver, CO 80249

                                        s/Antoinette Vega