IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| TEREY SCHULTZ, | ) |
| PLAINTIFF, | ) ) ) |
| v. | ) Civil Action No. 13-cv-03244-RM-KLM ) ) |
| FRONTIER AIRLINES, INC., and ASSOCIATION OF FLIGHT ATTENDANTS-CWA, AFL-CIO, | ) ) ) ) |
| DEFENDANTS. | ) ) |

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND MEMORANDUM IN SUPPORT THEREOF

Deirdre Hamilton hereby moves to withdraw as counsel for Defendant Association of Flight Attendants-CWA, AFL-CIO ("AFA") pursuant to D.C.COLO.LAttyR 5.

As described in the attached DECLARATION OF DEIRDRE HAMILTON, Hamilton has been employed in the legal department of Defendant AFA as a staff attorney. *See* Exhibit 1, ¶ 2. In that capacity, Hamilton served as counsel for AFA in this case. *See* Exhibit 1, ¶ 4. Hamilton will be leaving Defendant AFA effective February 18, 2014 in order to take a position in the legal department of another organization. *See* Exhibit 1, ¶ 5. She will be unable to continue to represent Defendant AFA in her new position. *See* Exhibit 1, ¶ 6. Defendant AFA's local counsel Tom Buescher will continue to serve as counsel in this case. *See* Exhibit 1, ¶ 7.

Respectfully submitted this 12th day of February, 2014.

        s/ Deirdre Hamilton
Deirdre Hamilton
Association of Flight Attendants-CWA,
    AFL-CIO
501 Third Street NW
Washington, DC 20001
Tel: (202) 434-1128
Fax (202) 434-0690
dhamilton@cwa-union.org

Tom Buescher
Buescher, Kelman & Perera, P.C.
600 Grant Street, Suite 450
Denver, CO 80203
Tel: (303) 333-7751
Fax: (303) 333-7758

*Attorneys for Defendant Association of Flight Attendants-CWA, AFL-CIO*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2014, I cause the foregoing paper to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Hugh S. Pixler
LAW OFFICE OF HUGH S. PIXLER, LLC
1942 Broadway, Suite 314
Boulder, CO 80302
Telephone: (303) 413-3464
Hugh@Pixlerlaw.com
Attorney for Plaintiff

Brian M. Mumaugh
HOLLAND & HART LLP
6380 S. Fiddlers Green Circle
Suite 500
Greenwood Village, CO 80111
Telephone: (303) 290-1067
Fax: (303) 290-1606
BMumaugh@hollandhart.com

                                              s/ Deirdre Hamilton
                                              Deirdre Hamilton