# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| TEREY SCHULTZ, | ) |
| | ) |
|   PLAINTIFF, | ) |
| | ) Civil Action No. 13-cv-03244-RM-KLM |
| v. | ) |
| | ) |
| FRONTIER AIRLINES, INC., and | ) |
| ASSOCIATION OF FLIGHT | ) |
| ATTENDANTS-CWA, AFL-CIO, | ) |
| | ) |
|   DEFENDANTS. | ) |

## DECLARATION OF DEIRDRE HAMILTON

I, Deirdre Hamilton, in accordance with 28 U.S.C. §1746, make the following declaration:

1. I submit this declaration in support of my Motion to Withdraw as Attorney of Record.

2. I am currently employed in the legal department of the Association of Flight Attendants-CWA, AFL-CIO ("AFA") as a staff attorney.

3. AFA is a Defendant is the above-captioned lawsuit.

4. In my capacity as a staff attorney for AFA, I represent Defendant AFA in the above-captioned lawsuit.

5. On February 18, 2014, I will be leaving the employ of AFA to join the legal department of another organization.

6. I will be unable to continue to represent AFA in my new position.

7. AFA's local counsel, Tom Buescher, will continue to serve as counsel in this case.

8. The leadership and General Counsel of AFA are aware of these facts.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 12, 2014.

_____
Deirdre Hamilton
Association of Flight Attendants-CWA,
AFL-CIO
501 Third Street NW
Washington, DC 20001
(202) 434-1128
dhamilton@cwa-union.org

2