IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03244-RM-KLM

TEREY SHULTZ,

    Plaintiff,

vs.

FRONTIER AIRLINES, a Colorado corporation, and
COMMUNICATIONS WORKERS OF AMERICA, d/b/a ASSOCIATION OF FLIGHT ATTENDANTS-CWA,

    Defendants.

## JOINT STIPULATION FOR EXTENSIONS OF TIME TO RESPOND TO OPPOSING PARTY'S WRITTEN DISCOVERY REQUESTS

Pursuant to D.C.COLO.LCivR 6.1(a), Plaintiff Terey Shultz ("Plaintiff Shultz"), Defendant Frontier Airlines ("Defendant Frontier"), and Defendant Communications Workers of America, d/b/a Association of Flight Attendants-CWA ("Defendant AFA"), hereby file this Joint Stipulation for Extensions of Time to Respond to Opposing Party's Written Discovery Requests.  As grounds for this Joint Stipulation, Plaintiff Shultz, Defendant Frontier, and Defendant AFA state as follows:

    1.    Counsel for Plaintiff Shultz, Defendant Frontier, and Defendant AFA have conferred pursuant to D.C.COLO.LCIVR 6.1(a), and each party agrees to the content of this Joint Stipulation.

    2.    Plaintiff Shultz's responses to Defendant AFA's first set of written discovery request are currently due on or before June 2, 2014.

3. Defendant Frontier's responses to Plaintiff Shultz's first set of written discovery requests are currently due on or before May 22, 2014.

4. Defendant AFA's responses to Plaintiff Shultz's first set of written discovery requests are currently due on or before May 22, 2014.

5. Plaintiff Shultz, Defendant Frontier, and Defendant AFA are currently in settlement discussions and anticipate the amicable settlement of this litigation. In addition, Plaintiff Shultz, Defendant Frontier, and Defendant AFA each require additional time to respond an opposing party's first set of written discovery requests.

7. Pursuant to D.C.COLO.LCIVR 6.1(a), Plaintiff Shultz, Defendant Frontier, and Defendant AFA hereby jointly stipulate to 21-day extensions of time to respond to an opposing party's first set of written discovery requests. As a result of this Joint Stipulation:

  a. Plaintiff Shultz's responses to Defendant AFA's first set of written discovery requests are now due on or before June 23, 2014;

  b. Defendant Frontier's responses to Plaintiff Shultz's first set of written discovery requests are now due on or before June 12, 2014; and

  c. Defendant AFA's responses to Plaintiff Shultz's first set of written discovery requests are now due on or before June 12, 2014.

8. No party has previously requested any extensions of time to respond to an opposing party's written discovery requests. No extension in this Joint Stipulation exceeds 21-days beyond the time limits prescribed by the Federal Rules of Civil Procedure. As such, this Joint Stipulation is effective upon filing pursuant to D.C.COLO.LCIVR 6.1(a).

-3-

9.     Pursuant to D.C.COLO.LCIVR 6.1(e), counsel for Plaintiff Shultz, Defendant Frontier, and Defendant AFA are contemporaneously serving copies of this Joint Stipulation upon their respective clients.

Respectfully submitted this 21th day of May, 2014.

s/*Hugh S. Pixler*
Hugh S. Pixler
Law Office of Hugh S. Pixler, LLC
1942 Broadway, Suite 314
Boulder, CO  80302
303-413-3464
hugh@pixlerlaw.com

**ATTORNEY FOR PLAINTIFF SHULTZ**

s/*Bradford J. Williams*
Bradford J. Williams
Holland & Hart, LLP
555 17th Street, Suite 3200
Denver, Colorado 80202
Phone: (303) 295-8121
Fax: (303) 223-3271
bjwilliams@hollandhart.com

**ATTORNEYS FOR DEFENDANT FRONTIER AIRLINES**

s/*Tom Buescher*
Buescher, Kelman & Perera, P.C.
600 Grant Street, Suite 450
Denver, CO 80203
Tel: (303) 333-7751
Fax: (303) 333-7758
tbuescher@laborlawdenver.com

**ATTORNEYS FOR DEFENDANT AFA**

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Hugh S. Pixler
LAW OFFICE OF HUGH S. PIXLER, LLC
1942 Broadway, Suite 314
Boulder, Colorado 80302
Telephone: (303) 413-3464
Hugh@Pixlerlaw.com
**ATTORNEY FOR PLAINTIFF SHULTZ**

Thomas B. Buescher
BUESCHER, GOLDHAMMER, KELMAN & PERERA, P.C.
600 Grant Street, Suite 450
Denver, Colorado 80203
Telephone: (303) 333-7751
tbuescher@laborlawdenver.com
**ATTORNEYS FOR DEFENDANT AFA**

                                                          s/Bradford J. Williams

6883129_1