IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03244-RM-KLM

TEREY SHULTZ,

    Plaintiff,

vs.

FRONTIER AIRLINES, INC. a Colorado corporation, and
COMMUNICATIONS WORKERS OF AMERICA, d/b/a ASSOCIATION OF FIGHT ATTENDANTS-CWA,

    Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiff Terey Shultz, Defendants Frontier Airlines, Inc., and Defendant Communications Workers of America, d/b/a Association of Flight Attendants-CWA, by their respective counsel, hereby stipulate and agree that the Complaint and above-captioned action, including all claims which have been or could have been brought by Plaintiff, shall be and hereby are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear his or its own costs and attorneys' fees.

    Dated:   July 8, 2014.

s/*Hugh S. Pixler*
Hugh S. Pixler
Law Office of Hugh S. Pixler, LLC
1942 Broadway, Suite 314
Boulder, CO  80302
303-413-3464
hugh@pixlerlaw.com

**ATTORNEY FOR PLAINTIFF TEREY SHULTZ**

s/*Tom Buescher*
Buescher, Kelman & Perera, P.C.
600 Grant Street, Suite 450
Denver, CO 80203
Tel: (303) 333-7751
Fax: (303) 333-7758
tbuescher@laborlawdenver.com

**ATTORNEYS FOR DEFENDANT COMMUNICATIONS WORKERS OF AMERICA, D/B/A, ASSOCIATION OF FLIGHT ATTENDANTS-CWA**

s/*Bradford J. Williams*
Bradford J. Williams
Holland & Hart, LLP
555 17th Street, Suite 3200
Denver, Colorado 80202
Phone: (303) 295-8121
Fax: (303) 223-3271
bjwilliams@hollandhart.com

**ATTORNEYS FOR DEFENDANT FRONTIER AIRLINES, INC.**

6973509_1

2